Arthur P. Zapolski (AZ-4885)
1202 North Stiles St.
Linden, New Jersey 07036
(908) 486-8505

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    ECF CASE
MIDLAND RESOURCES HOLDING LTD.,
BREFFKA AND HEHNKE GmBH & CO. KG,
                                                                Case No. 08-civ-6428 (RMB)
                    Plaintiffs,

          - against -

BELCO RESOURCES, INC., SINOCHEM                         DISCLOSURE OF INTERESTED
JIANGSU CORPORATION (FORMERLY KNOWN                     PARTIES PURSUANT TO
AS SINOCHEM JIANGSU IMPORT & EXPORT                     FED. R. CIV. P. 7.1
CORPORATION), NANJING HUABIN FOREIGN
TRADE & ECONOMICS CO., LTD.,
DRAGONTRANS SHIPPING LTD. d/b/a
HUABANG INTERNATIONAL, INC.,
SINOTRANS NINGBO INTERNATIONAL
FORWARDING AGENCY CO., LTD.,
JOHN DOE 1-10,

                    Defendants.
-----------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for plaintiff BREFFKA AND HEHNKE GmBH & CO. KG certifies upon information and belief that plaintiff has no corporate parent, and that no publicly held corporation owns 10% or more of its stock:

Dated: Linden, New Jersey
       July 17, 2008

                                       Arthur P. Zapolski
                                       *Attorney for Plaintiff*

                                       By:_____
                                       Arthur P. Zapolski (AZ-4885)
                                       1202 North Stiles St.
                                       Linden, New Jersey 07036
                                       (908) 486-8505