UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIDLAND RESOURCES HOLDING LTD.,
BREFFKA AND HEHNKE GmBH & CO. KG,

    Case No.

               Plaintiffs,

  - against -

BELCO RESOURCES, INC., SINOCHEM
JIANGSU CORPORATION (FORMERLY KNOWN
AS SINOCHEM JIANGSU IMPORT & EXPORT
CORPORATION), NANJING HUABIN FOREIGN
TRADE & ECONOMICS CO., LTD.,
DRAGONTRANS SHIPPING LTD. d/b/a
HUABANG INTERNATIONAL, INC.,
SINOTRANS NINGBO INTERNATIONAL
FORWARDING AGENCY CO., LTD.,
JOHN DOE 1-10,

               Defendants.
------------------------------------------------------------X

**ORDER APPOINTING SPECIAL PROCESS SERVER TO SERVE *EX PARTE* ORDER FOR PROCESS OF MARITIME ATTACHMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07·22·08

An application having been made by counsel for Plaintiffs for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

**NOW**, good cause having been shown, it is hereby

**ORDERED**, that Arthure P. Zapolski, or any of his associates, clerks, agents, or paralegals, is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure upon any garnishee(s) who may hold tangible or intangible property belonging to, claimed by or being held for the defendants BELCO RESOURCES, INC., SINOCHEM JIANGSU CORPORATION (FORMERLY KNOWN AS SINOCHEM JIANGSU IMPORT & EXPORT CORPORATION), NANJING HUABIN FOREIGN TRADE & ECONOMICS

CO., LTD., DRAGONTRANS SHIPPING LTD. d/b/a HUABANG INTERNATIONAL, INC., SINOTRANS NINGBO INTERNATIONAL FORWARDING AGENCY CO., LTD., and the Order of Maritime Attachment and Information Subpoena may be served by way of facsimile transmission as provided by the Ex Parte Order for Process of Maritime Attachment.

Dated: New York, New York
       July 22, 2008

**SO ORDERED:**

_RMB_
U.S.D.J.
