UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MIDLAND RESOURCES HOLDING, LTD, et al.,

                    Plaintiffs,

     -against-

BELCO RESOURCES, INC., et al.,

                    Defendants.
------------------------------------------------------------x

ORDER OF REFERENCE TO
A MAGISTRATE JUDGE

08 CIVIL 6428 (RMB) (GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Specific Non-Dispositive Motion/Dispute:*

_____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All Such Motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       August 1, 2008



**RICHARD M. BERMAN, U.S.D.J.**